■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK PISCITELLO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ PETER CORSO v. MORRIS SOMERS.— Motion for an order directing the return of an attorney's fee and for other relief denied without prejudice to any other remedies which the movant might have. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of ROBERT DOUGLAS v. S. G. FASSOULIS et al.— Motion for leave to appeal as poor persons granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the judgment creditor-respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before October 11, 1962, with notice of argument for October 23, 1962, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MEYER KAMINSKY, Also Known as MICHAEL KAMEN.— Motion for consolidation and for other relief denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ GREAT AMERICAN INSURANCE COMPANY v. JOHN R. COCHRANE et al.— Motion to resettle the order of affirmance dated April 3, 1962, so as to contain a direction for entry of judgment denied, without costs, and without prejudice to an application at Special Term for the relief sought. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ TITAN RESEARCH & DEVELOPMENT CORP. OF AMERICA v. CATHERINE L. DOELLER.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ VALENTINE DE M. FRIEDMAN v. BENJAMIN FRIEDMAN.— Motion for a stay denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ PETER HABERKORN v. P. LORILLARD COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached, without prejudice to an application for an extension of time in the event plaintiff fails to return the examination before trial within the time necessary to perfect the appeal for that date. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ LEON GOLDENBERG v. EARL M. DUDLEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.